UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 16-40031-TSH |
| | ) | |
| | ) | |
| JAMES E. LEVIN, and | ) | |
| JACKLYN M. SUTCIVNI, | ) | |
| | ) | |
| Defendants. | ) | |

SCHEDULING ORDER
September 8, 2016

ROBERTSON, U.S.M.J.

James E. Levin and Jacklyn M. Sutcivni ("Defendants"), having been arraigned before the court on August 25 and August 26, 2016, respectively, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Criminal Rules (LR) 116.1 through 116.9 and 18 U.S.C. § 3161(H)(7)(B)(ii), that further proceedings shall be governed as follows:

1. The Government shall produce, on or before September 23, 2016, those materials required to be produced under LR 116.1(c)(1)(A) through (F) and LR 116.2(b).

2. Defendants shall produce, on or before September 23, 2016, those materials required to be produced under LR 116.1(d).

3. Any discovery request letters shall be sent and filed by October 7, 2016. *See* LR 116.3(a) and (h); 18 U.S.C. § 3161(H)(7)(B)(ii).

4. Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter(s) referred to in Paragraph 3 above *or* on or before October 21, *whichever date shall first occur. See* LR 116.3(a); 18 U.S.C. §

3161(H)(7)(B)(ii).

5. Unless otherwise ordered by the court, consistent with the provisions of LR 116.3(e) through (h), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date shall first occur.  See* LR 116.3(e) through (h).

6. Unless otherwise ordered by the court, consistent with the provisions of Paragraph 5 above, a response to any motion shall be filed on or before fourteen days after the motion has been filed.  *See* LR 116.3(i).

7. An Initial Status Conference in accordance with LR 116.5(a) will be held on November 10, 2016 at 2:30 p.m.[1]

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
U.S. Magistrate Judge

---

1. Defendants are not required to be present at the Initial Status Conference.  Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference.  *See* Fed. R. Crim. P. 43(c)(3).