ORIGINAL

Entered 8/3/21 @ 1:25 pm

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACKLYN M. SUTCIVNI,<br>f/k/a JACQUELINE VACHON-JACKSON,<br>Defendant. | Criminal No. 16-40031–TSH |

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, JACKLYN M. SUTCIVNI:

1. As to COUNT ONE of the Indictment, Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349:

   _____ Not Guilty

   ___✓___ Guilty

2. As to COUNT TWO of the Indictment, Wire Fraud in violation of 18 U.S.C. § 1343:

   _____ Not Guilty

   ___✓___ Guilty

3.       As to COUNT THREE of the Indictment, Conspiracy to Defraud the United States in violation of 18 U.S.C. § 286:

_____ Not Guilty

__✓__ Guilty

4.       As to COUNT FOUR of the Indictment, False, Fictitious, or Fraudulent Claims, Aiding and Abetting, in violation of 18 U.S.C. §§ 287 and 2:

_____ Not Guilty

__✓__ Guilty

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _[signature]_      DATE: _August 3, 2021_