UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action 16-cr-40031 |
| | ) |
| JACKLYN M. SUTCIVNI, | ) |
|     Defendant | ) |

MOTION FOR WITHDRAWAL OF APPEARANCE

Now comes counsel in the above captioned matter and moves to withdraw her appearance as standby counsel.

As reasons therefore, counsel states:

1. This matter is scheduled for sentencing hearing on March 28, 2022.

2. The defendant does not want to continue the sentencing hearing.

3. Counsel is scheduled to be on trial in US v. Melendez, Docket No. 19-cr-40025 beginning March 14, 2022. Counsel believes that she will not be able to provide Ms. Sutcivni effective assistance due to the demands of the trial.

Wherefore counsel prays this Honorable Court will allow her to withdraw.

Respectfully submitted,
Jacklyn M. Sutcivni
By his attorney,

/s/ Joan M. Fund
Joan M. Fund, Esq.
245 First Street
Suite 1800
Cambridge, MA 02142
617 945 9693
508 878 6830 cell
BBO#181430
joanmfund@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Joan M. Fund
      Joan M. Fund, Esquire

Date: March 10, 2022