FILED IN CLERKS OFFICE
JUN 21 '22 PM 1:09 USDC MA

UNITED STATES DISTRIC COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | CASE NO.: | 4:16-CR-40031-TSH |
| ) | | 4:16-CR-40031-TSH-2 |
| ) | | 16-CR-40031-TSH |
| JACKLYN SUTCIVNI ) | | 16-CR-40031-TSH-2 |
| Defendant ) | | |

**MOTION REQUESTING A CONTINUANCE**

Now comes the Defendant JACKLYN SUTCIVNI, in her Pro Se capacity, in the above cause and moves this Honorable Court to continue the matters related to restitution currently scheduled to be heard by this court on June 24, 2022. The defendant, currently detained at the Donald Wyatt Detention Center, has experienced considerable delays and difficulties accessing the relevant materials from the law library needed for adequate preparation in the above referenced matter. Additionally, lockdowns and other facility operations have limited the defendant's ability to adequately prepare her Pro Se argument. As a detainee, the electronic law library sections related to restitution appear to have been permanently deleted as part of a recent update at the facility. As such, the defendant is required to order and await her own legal materials causing further delays. Recognizing the court's desire to hear and dispose of matters promptly, the Defendant respectfully requests that this court issue a final eight (8) week continuance on the matter, to the extent possible, according to His Honor's calendar.

The Defendant further requests that any notices relating to this continuance be mailed to the Defendant at the address below. A hearing on this matter is not necessary unless the government objects to this continuance or unless this Honorable Court demands further explanation.

DATE: June 14, 2022

Respectfully Submitted,
By: Jacklyn Sutcivni, DEFENDANT, Pro Se

Jacklyn Sutcivni  #99751038
DWDF
950 High Street
Central Falls, RI 02838

Date: June 14, 2022

## Certificate of Service

I hereby certify that on June 14, 2022 this document, addressed to the Worcester Federal Courthouse, was placed in the I-pod mailbox for outgoing mail, as is customary for detainees at DWDF and the mailroom was notified to deduct postage costs from the Defendant's commissary account.

By: JACKLYN SUTCIVNI, DEFENDANT, Pro Se